# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>　　Ann M. Steele,<br>　　　　Debtor | : <br> : <br> : <br> : | Bankruptcy No. 19-24425-CMB<br><br>Chapter 13 |
| Ann M. Steele,<br>　　　　Movant | : <br> : <br> : | Related to Document No. 40 |
| 　　　　v. | : <br> : | |
| The Money Source, Inc., | : <br> : | |
| 　　　AND | : <br> : | |
| Ronda J. Winnecour/Esquire<br>Chapter 13 Trustee,<br>　　　　Respondents | : <br> : <br> : | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by <u>Ann M Steele</u> on <u>January 27, 2020</u>. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this <u>  19th  </u> day of <u> February </u>, *2020*, it is hereby **ORDERED** that:

(1)　　The following parties are directed to participate in the Court's ***Loss Mitigation Program* (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

　　　　Debtor:　　　<u>Ann M. Steele</u>

　　　　Creditor:　　　<u>The Money Source, Inc.</u>

(2)　　***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $ <u>857.51</u> per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)　　***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)　　***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)　　***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)   *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)   *One hundred twenty (120) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)   *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)   Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/19/20 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ann Marie Steele
    Debtor

Case No. 19-24425-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Feb 20, 2020
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db         +Ann Marie Steele,   513 California Hollow Road,   Imperial, PA 15126-9141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
         Daniel P. Foster    on behalf of Debtor Ann Marie Steele dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Danielle Boyle-Ebersole    on behalf of Creditor    Carvana, LLC debersole@hoflawgroup.com,
          pfranz@hoflawgroup.com
         James Warmbrodt    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY SCHOOL
          DISTRICT jhunt@grblaw.com,   cnoroski@grblaw.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                       TOTAL: 8