# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** ANN MARIE STEELE
- **Case Number:** 19-24425-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 21, 2020 11:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#19 - Final Confirmation of Plan Dated 12/9/2019 (NFC)

R / M #: 19 / 0

## Appearances:

- **Debtor:** Foster
- **Trustee:** Winnecour / Pail / ~~Katz~~ / DeSimone
- **Creditor:**

*LMP pending*

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **9/10/20** at **11:00 Am**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
5/26/20 6:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020    2:36:50PM