# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24425-CMB |
| Ann M. Steele, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ann M. Steele, | : | Related to Document No. 55 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| The Money Source, Inc., | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Interim Mortgage Modification Order by First-Class Mail, U.S. Postage Paid or CM/ECF on the parties below*.

Executed on: June 8, 2020

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Ann M. Steele
513 California Hallow Road
Imperial, PA 15126
*Service via US Mail*

The Money Source, Inc.
500 South Broad Street – Suite #100A
Meriden, CT 06450
*Service via US Mail*

*Upload to DMM Portal*

LMP@chapter13trusteewdpa.com
*Service via Direct Email*