**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **CASE NO. 19-24425-CMB** |
| | : | |
| **Ann Marie Steele,** | : | **CHAPTER 13** |
|         Debtor, | : | |
|         _____ | : | **MOTION NO.: WO - 1** |
| **Ann Marie Steele,** | : | |
|         Movant, | : | **RELATED TO DOCKET NO.: 56** |
| | : | |
|         vs. | : | |
| | : | |
| **Certes Networks Inc.,** | : | |
| | : | |
|         and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|         Chapter 13 Trustee. | : | |
|         Respondents. | : | |
| | : | |
| **Social Security No. xxx-xx- 2807** | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

      Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan,

      **IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Certes Networks Inc. is terminated.

      **IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

      **IT IS FUTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS _____ day of_____, 2020,

                                                                                                         _____
                                                                                                         Carlota M. Bohm
                                                                                                          U.S. Bankruptcy Judge