# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ANN MARIE STEELE
- Case Number: 19-24425-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 10, 2020 11:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
9/15/20 7:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#19 - Final Confirmation of Plan Dated 12/9/2019 (NFC)
R / M #: 19 / 0

**Appearances:**

- Debtor: Foster
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

*LMP pending*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/28/21 at 11:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/2/2020    4:59:20PM