# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | | Bankruptcy No. 19-24425-CMB |
| Ann M. Steele, : | | |
| Debtor : | | Chapter 13 |
| : | | |
| Ann M. Steele, : | | Related to Document No. 46 |
| Movant : | | |
| : | | |
| v. : | | |
| : | | |
| The Money Source, Inc., : | | |
| : | | |
| AND : | | |
| : | | |
| Ronda J. Winnecour/Esquire : | | |
| Chapter 13 Trustee, : | | |
| Respondents : | | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION TO AUTHORIZE LOAN MODIFICATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **December 6, 2020** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A Zoom Video Conference Hearing will be held on January 6, 2021, at 1:30 p.m. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>November 19, 2020</u>

          Respectfully submitted,
          <u>*/s/ Daniel P. Foster, Esquire*</u>
          Daniel P. Foster
          PA I.D. # 92376
          Foster Law Offices
          PO Box 966
          Meadville, PA 16335
          Phone: 814.724.1165
          Fax: 814.724.1158
          Email:dan@mrdebtbuster.com
          Attorney for Debtors

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the MOTION TO AUTHORIZE LOAN MODIFICATION, LOAN MODIFICATION SUMMARY and NOTICE OF HEARING by First-Class Mail, U.S. Postage Paid or CM/ECF on the parties below*.

Executed on: November 19, 2020

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Ann M. Steele
513 California Hallow Road
Imperial, PA 15126
*Service via US Mail*

The Money Source, Inc.
500 South Broad Street – Suite #100A
Meriden, CT 06450
*Service via US Mail*