## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24425-CMB |
|     Ann M. Steele, | : | |
|         Debtor | : | Chapter 13 |
| | : | |
| Ann M. Steele, | : | Related to Document No. 46 |
|         Movant | : | |
| | : | |
|         v. | : | |
| | : | |
| The Money Source, Inc., | : | |
| | : | |
|         AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

### Certificate of No Objection Regarding Motion to Authorize Loan Modification

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Motion to Authorize Loan Modification*, filed on November 19, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than December 6, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: December 7, 2020

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION by First-Class Mail, U.S. Postage Paid or CM/ECF on the parties below*.

| | |
|---|---|
| Executed on: December 7, 2020 | By: /s/ Kathryn Schwartz |
| | KATHRYN SCHWARTZ, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

_____
*Parties served by the court electronically were not served by regular mail

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Ann M. Steele
513 California Hallow Road
Imperial, PA 15126
*Service via US Mail*

The Money Source, Inc.
500 South Broad Street – Suite #100A
Meriden, CT 06450
*Service via US Mail*