## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>    Ann M. Steele,<br>            Debtor | : | Bankruptcy No. 19-24425-CMB<br><br>Chapter 13 |
| Ann M. Steele,<br>            Movant | : | Related to Document No. 46 , 75 |
| v. | : | |
| The Money Source, Inc., | : | |
| AND | : | |
| Ronda J. Winnecour/Esquire<br>Chapter 13 Trustee,<br>            Respondents | : | **ENTERED BY DEFAULT** |

### ORDER

*AND NOW*, this 8th day of December, *2020*, it is hereby **ORDERED** that:

(1)    The Modification Agreement between **Ann M. Steele, Jason P. Steele and The Money Source, Inc.** is approved;

(2)    The terms of the loan shall be as follows:

    a.  Due Date:                        December 1, 2020 and 1st of each month thereafter;
    b.  New Monthly Payment:    $1,180.34; $701.05 P&I + $479.29 Escrow
    c.  Interest Rate:              3.5%;
    d.  Loan Term:                360 months = 30 years;
    e.  Maturity Date:            November 1, 2050;
    f.  Principal Balance:       $156,120.42;
    g.  Deferred payment:      $0.00;
    h.  Pre-Petition Arrears:    $0.00;

(3)    *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

FILED
12/8/20 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24425-CMB |
| Ann Marie Steele | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

**Recip ID        Recipient Name and Address**
db               + Ann Marie Steele, 513 California Hollow Road, Imperial, PA 15126-9141

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Ann Marie Steele dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Danielle Boyle-Ebersole
on behalf of Creditor Carvana  LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com

Jeffrey R. Hunt
on behalf of Creditor TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY SCHOOL DISTRICT jhunt@grblaw.com
 cnoroski@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8