**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **BANKRUPTCY CASE NO. 19-24425-CMB** |
| | : | |
| **Ann Marie Steele,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ ____ | : | **RELATED TO DOCKET NO: 85-86** |
| **Ann Marie Steele,** | : | |
| Movant, | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-Paid United States mail.

Date Served: <u>December 31, 2020</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

Label Matrix for local noticing
0315-2
Case 19-24425-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Dec 31 09:28:37 EST 2020

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

THE MONEY SOURCE INC.
14841 DALLAS PKWY SUITE 425
Dallas, TX 75254-8067

TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY
GRB Law
437 Grant Street 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Avant Credit, Inc
222 North LaSalle Street
Suite 1700
Chicago, IL 60601-1101

Bank of America NA
PO Box 31785
Tampa, FL 33631-3785

CACH LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Carvana
63 Pierce Road
Winder, GA 30680-7280

Carvana, LLC
PO Box 29018 Phoenix AZ 85038

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity Bank / Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Duquesne Light Company
Payment Process Center
PO Box 67
Pittsburgh, PA 15267-0067

First Associates Loan Servicing LLC
as agent for Loan Depot LLC
PO Box 503430
San Diego, CA 92150-3430

Goehring, Rutter & Boehm
437 Grant Street
Frick Building, 14th Floor
Pittsburgh PA 15219-6107

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub Corporation
595 Market St, Suite 200
San Francisco, CA 94105-2807

Lincoln Automotive Financial
12110 Emmet Street
Omaha, NE 68164-4263

Lincoln Automotive Financial Services
PO Box 62180
Colorado Springs, CO 80962-2180

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA Department of Revenue
Bankruptcy Department
PO Box 280946
Harrisburg, PA 17128-0946

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788


Quest Diagnostics Venture LLC
PO Box 740717
Cincinnati, OH 45274-0717

ReproSource
300 Trade Center
Suite 6540
Woburn, MA 01801-7436

Reproductive Health Specialists
419 Rodi Road
Pittsburgh, PA 15235-4520


Synchrony Bank
950 Forrer Boulevard
Kettering, OH 45420-1469

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

The Money Source Inc
500 South Broad Street
Suite 100A
Meriden, CT 06450-6755


The Money Source Inc.
500 South Broad Street Suite 100A
Meriden, Connecticut 06450-6755

Township of North Fayette & West Allegheny S
GRB Law
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123


Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Ann Marie Steele
513 California Hollow Road
Imperial, PA 15126-9141


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 56302-9617

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302


PNC Bank NA
PO Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carvana, LLC

(u)The Money Source Inc.

(d)Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(d)Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients   49
Bypassed recipients    6
Total                 55