# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

Debtor: ANN MARIE STEELE
Case Number: 19-24425-CMB    Chapter: 13
Date / Time / Room: THURSDAY, FEBRUARY 25, 2021 11:30 AM  3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
3/2/21 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#85 - Amended Plan Dated 12/29/2020 (NFC)
R / M #: 85 / 0

## *Appearances:*

Debtor: Foster
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbradt
Creditor: Jeff Hunt - W. Allegheny SD + N. Fayette Twp

## *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to $1,773, effective 3/21.
7. ____ Plan/Motion continued to ____ at ____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ✓ Other: Confirmation

2/17/2021 10:55:51AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# PROPOSED CONFIRMATION ORDER

## *Conciliation Conference:*

**Debtor:** ANN MARIE STEELE
**Case Number:** 19-24425-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 25, 2021 11:30 AM    3251 US STEEL
**Chapter 13 Plan Dated:** 12-29-2020
**Next Hearing Date and Time:** _____

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, hereby agree as follows:*

☐ (1) No Changes to standard confirmation order.

(2) Changes to the standard Confirmation Order as indicated

☒ A. For the remainder of the Plan Term, the Plan payment is amended to be $ 1,973 as of 3/21. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of _____ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. 506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. 507, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. _____ shall be paid monthly payments of $ _____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the fifth distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

West Allegheny SD + N. Fayette Twp CL 13

☐ H. Additional Terms:

☐ Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

☐ Motion to Amend/Modify Plan resolved and all Objections to Plan withdrawn upon entry of Confirmation Order.

2/17/2021 10:55:51AM