**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 19-24425-CMB** |
| **Ann Marie Steele,** | : | |
| Debtor. | : | |
| | : | **RELATED TO DOCKET NO.: 98** |
| **Ann Marie Steele,** | : | |
| Movant. | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire.** | : | |
| Chapter 13 Trustee | : | |
| Respondent. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING**
**APPLICATION TO EMPLOY SPECIAL COUNSEL**

*TO THE RESPONDENT(S):*

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 9, 2021, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *Zoom Video Conference Hearing* will be held on January 25, 2022 at 10:00 A.M. before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191 or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. *All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at* https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: November 22, 2021 /s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor/Movant

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Application to Employ Special Counsel, Proposed Order and Notice of Zoom Hearing and Response Deadline Regarding Application to Employ Special Counsel** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **November 22, 2021**                  *By: /s/ Kaitlyn E. Vale*
                                                                                             Kaitlyn E. Vale
                                                                                             PARALEGAL
                                                                                             FOSTER LAW OFFICES, LLC
                                                                                             1210 Park Avenue
                                                                                             Meadville, PA 16335
                                                                                             Tel 814.724.1165
                                                                                             Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24425-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov 22 10:59:48 EST 2021 | Avant Credit, Inc.<br>222 North LaSalle Street<br>Suite 1700<br>Chicago, IL 60601-1101 | Bank of America NA<br>PO Box 31785<br>Tampa, FL 33631-3785 |
| Danielle Boyle-Ebersole<br>Orlans PC<br>200 Eagle Road<br>Wayne, PA 19087-3115 | CACH LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Carvana<br>63 Pierce Road<br>Winder, GA 30680-7280 |
| Carvana, LLC<br>PO Box 29018 Phoenix AZ 85038 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity Bank / Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Duquesne Light Company<br>Payment Process Center<br>PO Box 67<br>Pittsburgh, PA 15267-0067 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | First Associates Loan Servicing LLC<br>as agent for Loan Depot LLC<br>PO Box 503430<br>San Diego, CA 92150-3430 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Goehring, Rutter & Boehm<br>437 Grant Street<br>Frick Building, 14th Floor<br>Pittsburgh PA 15219-6107 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingClub Corporation<br>595 Market St, Suite 200<br>San Francisco, CA 94105-2807 |
| Lincoln Automotive Financial<br>12110 Emmet Street<br>Omaha, NE 68164-4263 | Lincoln Automotive Financial Services<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

| | | |
|---|---|---|
| PA Department of Revenue<br>Bankruptcy Department<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quest Diagnostics Venture LLC<br>PO Box 740717<br>Cincinnati, OH 45274-0717 | ReproSource<br>300 Trade Center<br>Suite 6540<br>Woburn, MA 01801-7436 | Reproductive Health Specialists<br>419 Rodi Road<br>Pittsburgh, PA 15235-4520 |
| Ann Marie Steele<br>513 California Hollow Road<br>Imperial, PA 15126-9141 | Synchrony Bank<br>950 Forrer Boulevard<br>Kettering, OH 45420-1469 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| THE MONEY SOURCE INC.<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254-8067 | TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | The Money Source Inc<br>500 South Broad Street<br>Suite 100A<br>Meriden, CT 06450-6755 |
| The Money Source Inc.<br>500 South Broad Street Suite 100A<br>Meriden, Connecticut 06450-6755 | Township of North Fayette & West Allegheny S<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 |
| PNC Bank NA<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carvana, LLC | (d)Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | (d)Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (u)The Money Source Inc. | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     7<br>Total                  61 | |