# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-24425-CMB |
| | : | |
| Ann Marie Steele, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 98 |
| Ann Marie Steele, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the APPLICATION TO EMPLOY SPECIAL COUNSEL, filed on November 22, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than December 9, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: December 10, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding the Application to Employ Special Counsel by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  December 10, 2021

By: /s/ *Kaitlyn E. Vale*
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing        Avant Credit, Inc.                    Bank of America NA
0315-2                                  222 North LaSalle Street              PO Box 31785
Case 19-24425-CMB                       Suite 1700                            Tampa, FL 33631-3785
WESTERN DISTRICT OF PENNSYLVANIA        Chicago, IL 60601-1101
Pittsburgh
Mon Nov 22 10:59:48 EST 2021

Danielle Boyle-Ebersole                 CACH LLC                              Carvana
Orlans PC                               Resurgent Capital Services            63 Pierce Road
200 Eagle Road                          PO Box 10587                          Winder, GA 30680-7280
Wayne, PA 19087-3115                    Greenville, SC 29603-0587


Carvana, LLC                            (p)JPMORGAN CHASE BANK  N A           Comenity Bank / Victoria Secret
PO Box 29018 Phoenix AZ 85038           BANKRUPTCY MAIL INTAKE TEAM           Attn: Bankruptcy
                                        700 KANSAS LANE FLOOR 01              Po Box 182125
                                        MONROE LA 71203-4774                  Columbus, OH 43218-2125


Credit One Bank Na                      Department Stores National Bank       Duquesne Light Company
Po Box 98875                            c/o Quantum3 Group LLC                c/o Bernstein-Burkley, P.C.
Las Vegas, NV 89193-8875                PO Box 657                            707 Grant Street, Suite 2200, Gulf Tower
                                        Kirkland, WA  98083-0657              Pittsburgh, PA 15219-1945


Duquesne Light Company                  Keri P. Ebeck                         First Associates Loan Servicing LLC
Payment Process Center                  Bernstein-Burkley                     as agent for Loan Depot LLC
PO Box 67                               601 Grant Street, 9th Floor           PO Box 503430
Pittsburgh, PA 15267-0067               Pittsburgh, PA 15219-4430             San Diego, CA 92150-3430


Daniel P. Foster                        Goehring, Rutter & Boehm              Jeffrey R. Hunt
Foster Law Offices                      437 Grant Street                      Goehring, Rutter & Boehm
1210 Park Avenue                        Frick Building, 14th Floor            437 Grant Street
Meadville, PA 16335-3110                Pittsburgh PA 15219-6107              14th Floor
                                                                              Pittsburgh, PA 15219-6107


Internal Revenue Service                Internal Revenue Service              Internal Revenue Service
Centralized Insolvency Operations       Insolvency Unit                       William Moor-Head Building
PO Box 7346                             PO Box 628                            1000 Liberty Avenue
Philadelphia, PA 19101-7346             Pittsburgh, PA 15230                  Room 806
                                                                              Pittsburgh, PA 15222-4027


(p)JEFFERSON CAPITAL SYSTEMS LLC        LVNV Funding LLC                      LendingClub Corporation
PO BOX 7999                             Resurgent Capital Services            595 Market St, Suite 200
SAINT CLOUD MN 56302-7999               PO Box 10587                          San Francisco, CA 94105-2807
                                        Greenville, SC 29603-0587


Lincoln Automotive Financial            Lincoln Automotive Financial Services Mariner Finance, LLC
12110 Emmet Street                      PO Box 62180                          8211 Town Center Drive
Omaha, NE 68164-4263                    Colorado Springs, CO 80962-2180       Nottingham, MD 21236-5904


Midland Funding LLC                     Brian Nicholas                        Office of the United States Trustee
PO Box 2011                             KML Law Group, P.C.                   Liberty Center.
Warren, MI 48090-2011                   701 Market Street                     1001 Liberty Avenue, Suite 970
                                        Suite 5000                            Pittsburgh, PA 15222-3721
                                        Philadelphia, PA 19106-1541
```

```
PA Department of Revenue              (p)PNC BANK RETAIL LENDING           PRA Receivables Management, LLC
Bankruptcy Department                 P O BOX 94982                        PO Box 41021
PO Box 280946                         CLEVELAND OH 44101-4982              Norfolk, VA 23541-1021
Harrisburg, PA 17128-0946


Pennsylvania Department of Revenue    Pennsylvania Dept. of Revenue        Peoples Natural Gas Company LLC
Bankruptcy Division                   Department 280946                    c/o S. James Wallace, P.C.
P.O. Box 280946                       P.O. Box 280946                      845 N. Lincoln Ave.
Harrisburg, PA 17128-0946             ATTN: BANKRUPTCY DIVISION            Pittsburgh, PA 15233-1828
                                      Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC  Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
PO BOX 41067                          MOMA Funding LLC                     Velocity Investments LLC
NORFOLK VA 23541-1067                 PO Box 788                           PO Box 788
                                      Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Quest Diagnostics Venture LLC         ReproSource                          Reproductive Health Specialists
PO Box 740717                         300 Trade Center                     419 Rodi Road
Cincinnati, OH 45274-0717             Suite 6540                           Pittsburgh, PA 15235-4520
                                      Woburn, MA 01801-7436


Ann Marie Steele                      Synchrony Bank                       Synchrony Bank
513 California Hollow Road            950 Forrer Boulevard                 c/o PRA Receivables Management, LLC
Imperial, PA 15126-9141               Kettering, OH 45420-1469             PO Box 41021
                                                                           Norfolk, VA 23541-1021


THE MONEY SOURCE INC.                 TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY   The Money Source Inc
14841 DALLAS PKWY SUITE 425           GRB Law                              500 South Broad Street
Dallas, TX 75254-8067                 437 Grant Street 14th Floor          Suite 100A
                                      Frick Building                       Meriden, CT 06450-6755
                                      Pittsburgh, PA 15219-6101


The Money Source Inc.                 Township of North Fayette & West Allegheny S   UPMC Physician Services
500 South Broad Street Suite 100A     GRB Law                              PO Box 1123
Meriden, Connecticut 06450-6755       c/o Jeffrey R. Hunt, Esquire         Minneapolis, MN 55440-1123
                                      437 Grant Street, 14th Floor
                                      Frick Building
                                      Pittsburgh PA 15219-6101


Verizon                               Verizon                              S. James Wallace
by American InfoSource LP as agent    by American InfoSource as agent      GRB Law
PO Box 248838                         PO Box 4457                          Frick Building, 437 Grant Street
Oklahoma City, OK 73124-8838          Houston, TX  77210-4457              14th Floor
                                                                           Pittsburgh, PA 15219


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 |
| PNC Bank NA<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carvana, LLC | (d)Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | (d)Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (u)The Money Source Inc. | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     7<br>Total                  61 | |