**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-24425-CMB |
| | : | |
| **Ann Marie Steele,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | |
| **Ann Marie Steele,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 101** |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order on Application to Employ Special Counsel by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 16, 2021

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

```
Label Matrix for local noticing       Avant Credit, Inc.                    Bank of America NA
0315-2                                 222 North LaSalle Street              PO Box 31785
Case 19-24425-CMB                      Suite 1700                            Tampa, FL 33631-3785
WESTERN DISTRICT OF PENNSYLVANIA       Chicago, IL 60601-1101
Pittsburgh
Thu Dec 16 09:18:09 EST 2021

Danielle Boyle-Ebersole                CACH LLC                              Carvana
Orlans PC                              Resurgent Capital Services            63 Pierce Road
200 Eagle Road                         PO Box 10587                          Winder, GA 30680-7280
Wayne, PA 19087-3115                   Greenville, SC 29603-0587


Carvana, LLC                           (p)JPMORGAN CHASE BANK  N A           Comenity Bank / Victoria Secret
PO Box 29018 Phoenix AZ 85038          BANKRUPTCY MAIL INTAKE TEAM           Attn: Bankruptcy
                                       700 KANSAS LANE FLOOR 01              Po Box 182125
                                       MONROE LA 71203-4774                  Columbus, OH 43218-2125


Credit One Bank Na                     Department Stores National Bank       Duquesne Light Company
Po Box 98875                           c/o Quantum3 Group LLC                c/o Bernstein-Burkley, P.C.
Las Vegas, NV 89193-8875               PO Box 657                            707 Grant Street, Suite 2200, Gulf Tower
                                       Kirkland, WA  98083-0657              Pittsburgh, PA 15219-1945


Duquesne Light Company                 Keri P. Ebeck                         First Associates Loan Servicing LLC
Payment Process Center                 Bernstein-Burkley                     as agent for Loan Depot LLC
PO Box 67                              601 Grant Street, 9th Floor           PO Box 503430
Pittsburgh, PA 15267-0067              Pittsburgh, PA 15219-4430             San Diego, CA 92150-3430


Daniel P. Foster                       Goehring, Rutter & Boehm              Jeffrey R. Hunt
Foster Law Offices                     437 Grant Street                      Goehring, Rutter & Boehm
1210 Park Avenue                       Frick Building, 14th Floor            437 Grant Street
Meadville, PA 16335-3110               Pittsburgh PA 15219-6107              14th Floor
                                                                             Pittsburgh, PA 15219-6107


Internal Revenue Service               Internal Revenue Service              Internal Revenue Service
Centralized Insolvency Operations      Insolvency Unit                       William Moor-Head Building
PO Box 7346                            PO Box 628                            1000 Liberty Avenue
Philadelphia, PA 19101-7346            Pittsburgh, PA 15230                  Room 806
                                                                             Pittsburgh, PA 15222-4027


(p)JEFFERSON CAPITAL SYSTEMS LLC       LVNV Funding LLC                      LendingClub Corporation
PO BOX 7999                            Resurgent Capital Services            595 Market St, Suite 200
SAINT CLOUD MN 56302-7999              PO Box 10587                          San Francisco, CA 94105-2807
                                       Greenville, SC 29603-0587


Lincoln Automotive Financial           Lincoln Automotive Financial Services Mariner Finance, LLC
12110 Emmet Street                     PO Box 62180                          8211 Town Center Drive
Omaha, NE 68164-4263                   Colorado Springs, CO 80962-2180       Nottingham, MD 21236-5904


Merle Mermelstein                      Midland Funding LLC                   Brian Nicholas
Silberblatt Mermelstein, P.C.,         PO Box 2011                           KML Law Group, P.C.
1501 Ardmore Boulevard                 Warren, MI 48090-2011                 701 Market Street
Suite 101                                                                    Suite 5000
Pittsburgh, PA 15221-4451                                                    Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Department of Revenue<br>Bankruptcy Department<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics Venture LLC<br>PO Box 740717<br>Cincinnati, OH 45274-0717 | ReproSource<br>300 Trade Center<br>Suite 6540<br>Woburn, MA 01801-7436 |
| Reproductive Health Specialists<br>419 Rodi Road<br>Pittsburgh, PA 15235-4520 | Ann Marie Steele<br>513 California Hollow Road<br>Imperial, PA 15126-9141 | Synchrony Bank<br>950 Forrer Boulevard<br>Kettering, OH 45420-1469 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | THE MONEY SOURCE INC.<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254-8067 | TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| The Money Source Inc<br>500 South Broad Street<br>Suite 100A<br>Meriden, CT 06450-6755 | The Money Source Inc.<br>500 South Broad Street Suite 100A<br>Meriden, Connecticut 06450-6755 | Township of North Fayette & West Allegheny S<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 |
| PNC Bank NA<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carvana, LLC | (d)Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | (d)Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (u)The Money Source Inc. | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients    7<br>Total                  62 | |