**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-24425-CMB |
| | : | |
| Ann Marie Steele, | : | Chapter 13 |
|     Debtor, | : | |
| _____ | : | Related to Docket No: 98 |
| Ann Marie Steele, | : | |
|     Movant, | : | |
| | : | |
|     vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | **ENTERED BY DEFAULT** |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**ORDER ON APPLICATION TO EMPLOY SPECIAL COUNSEL**

    **AND NOW**, this ___15th___ day of _____December_____, 2021 upon consideration of the Movant's APPLICATION TO EMPLOY SPECIAL COUNSEL, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.) Merle Mermelstein, Esquire, of Silberblatt Mermelstein, P.C., 1501 Ardmore Boulevard, Suite 101, Pittsburgh, PA 15221, is hereby appointed Special Counsel for Movant on the terms of Forty Percent (40%) of the total amount recovered, all pursuant to the terms described in the Fee Agreement attached to the above referenced Motion for the limited purpose of acting as an attorney in connection with a Personal Injury Claim.

2.) Professional persons or entities performing service in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorney involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

3.) Approval of any Application for Appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a). Final compensation awarded only after notice and hearing, may be more or less than the requested hourly

rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

4.) Applicant shall serve the within Order on all interested parties and file a certificate of service.

FILED
12/15/21 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24425-CMB |
| Ann Marie Steele | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann Marie Steele, 513 California Hollow Road, Imperial, PA 15126-9141 |
| sp | + | Merle Mermelstein, Silberblatt Mermelstein, P.C.,, 1501 Ardmore Boulevard, Suite 101, Pittsburgh, PA 15221-4451 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Ann Marie Steele dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Carvana LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF NORTH FAYETTE AND WEST ALLEGHENY SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

District/off: 0315-2 User: dkam Page 2 of 2
Date Rcvd: Dec 15, 2021 Form ID: pdf900 Total Noticed: 2

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8