**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Anne Marie Steele** ) | |
| ) | **Case No. 19-24425-CMB** |
| ) | |
| ) | **Chapter 13** |
| **Debtor(s).** ) | |

_____

# SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING AUTHORIZING DISTRIBUTIONS UNDER PLAN ON INTERIM BASIS SOLEY AS ADEQUATE PROTECTION

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Chapter 13 Plan filed on December 12, 2021.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐   An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X    No other order has been filed pertaining to the subject matter of this agreement.

☐   The attached document does not require a proposed order.


Date: <u>April 11, 2022</u>          /s/ Daniel P. Foster, Esquire
                                      Daniel P. Foster
                                      PA I.D. # 92376
                                      Foster Law Offices
                                      1210 Park Avenue
                                      Meadville, PA 16335
                                      Phone: 814.724.1165
                                      Fax: 814.724.1158
                                      Email: dan@mrdebtbuster.com
                                      Attorney for Debtor

**PAWB Local Form 26 (06/17)**