**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANN MARIE STEELE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-24425<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/12/2019 and confirmed on 01/24/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,397.50 |
| Less Refunds to Debtor | 8.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,389.13 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,562.91 | |
| Trustee Fee | 2,650.08 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,212.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| ALLIED FIRST BANK SB D/B/A SERVBANK<br>Acct: 8019 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIED FIRST BANK SB D/B/A SERVBANK<br>Acct: 8019 | 9,416.09 | 9,416.09 | 0.00 | 9,416.09 |
| ALLIED FIRST BANK SB D/B/A SERVBANK<br>Acct: 8019 | 32,532.94 | 32,532.94 | 0.00 | 32,532.94 |
| ALLIED FIRST BANK SB D/B/A SERVBANK<br>Acct: 8019 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW<br>Acct: 1651 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 0411 | 5,984.72 | 5,984.72 | 1,242.39 | 7,227.11 |
| | | | | 49,176.14 |
| Priority | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANN MARIE STEELE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-24425 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | ANN MARIE STEELE | 8.37 | 8.37 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FOSTER LAW OFFICES** | 3,580.00 | 3,562.91 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 13,376.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | PA DEPARTMENT OF REVENUE* | 750.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | WEST ALLEGHENY SD & N FAYETTE TWP | 299.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | CACH LLC | 37,451.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 1157 | | | | |
| | CACH LLC | 11,949.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 2898 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5904 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2804 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,230.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 7710 | | | | |
| | FIRST ASSOCIATES LOAN SERVICING - A( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 3,792.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 4312 | | | | |
| | MARINER FINANCE LLC | 3,016.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 3101 | | | | |
| | MIDLAND FUNDING LLC | 2,696.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 6189 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6816 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,632.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 3893 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,422.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 1818 | | | | |
| | QUANTUM3 GROUP LLC AGENT - VELOCI | 12,750.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 0595 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FL | 1,652.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 3180 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2392 | | | | |
| | RHS REPRODUCTIVE HEALTH SPECIALIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4089 | | | | |
| | REPROSOURCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8135 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 256.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 145.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | INTERNAL REVENUE SERVICE* | 3,565.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | UPMC PHYSICIAN SERVICES | 261.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 318.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 5926 | | | | |

| 19-24425 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    LENDING CLUB CORP* | 37,082.93 | 0.00 | 0.00 | 0.00 |
|      Acct: 5207 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 6189 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    AVANT CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 49,176.14 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 14,426.74 | |
|   SECURED | 47,933.75 | |
|   UNSECURED | 121.226.94 | |

Date: 06/30/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com